**Order entered October 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01143-CV

## IN RE ARTURO SOLIS, Relator

**Original Proceeding from the 52nd District Court**
**Coryell County, Texas**
**Trial Court Cause No. C10-11-40751**

## ORDER

Before Justices Francis, Brown, and Whitehill

Before the Court is relator's October 12, 2017 "motion for equitable appointment of counsel."[1] Based on the Court's October 12, 2017 opinion denying relator's petition for writ of mandamus, we **DENY** the motion as moot.

/s/     ADA BROWN
        JUSTICE

---

[1] Although originally filed in the Tenth Court of Appeals and docketed as case number 10-17-00286-CR, this original proceeding was transferred to this Court pursuant to Tex. Gov't Code § 73.001 and due to recusals on the Tenth Court of Appeals. *See* TEX. SUP. CT. ORDER, Misc. Docket No. 17–9127 (Sept. 28, 2017).